# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Ann Marie Donio |
| v. | Case No. 20-mj-2110 (AMD) |
| KASSAN KNIGHT | **ORDER MODIFYING CONDITIONS OF RELEASE** |

THIS MATTER having come before the Court on the application of Defendant Kassan Knight (Anthony J. Pope, Jr., Esq., appearing), for an order modifying the Defendant's conditions of release from home detention to a curfew to be decided by Pre-Trial Services with consent of AUSA Alisa Shver and Pre-Trial Services Officer Nicholas Zotti

IT IS on this ___ day of February 2022

ORDERED that the conditions of the Defendant's bail shall be modified from home detention to a curfew to be decided by Pre-Trial Services.

IT IS FURTHER ORDERED that all other conditions of bail remain in full force and effect.

                                        HONORABLE ANN MARIE DONIO
                                        United States District Judge

Form and entry consented to:

_____
Alisa Shver
Assistant U.S. Attorney


_____
ANTHONY J. POPE, JR.
Counsel for Defendant